USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAJONNY SANTANA,<br><br>       Movant,<br><br> -against-<br><br>UNITED STATES OF AMERICA,<br><br>       Respondent. | 21-CV-2659 (VEC)<br><br>17-CR-438 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

  WHEREAS the Government must respond to Mr. Santana's 2255 petition by December 21, 2021;

  IT IS HEREBY ORDERED that Mr. Santana's reply is due by **January 21, 2022**.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Santana.

**SO ORDERED.**

**Date: December 14, 2021**
**New York, New York**

                **VALERIE CAPRONI**
                **United States District Judge**